Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Christopher D. Hodson (State Bar No. 246461)
chodson@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Matthew W. Lampe (admitted *pro hac vice*)
mwlampe@jonesday.com
Wendy C. Butler (admitted *pro hac vice*)
wbutler@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Defendant
International Business Machines Corporation

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VALLES, an individual, on behalf of himself, and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation doing business in the State of California; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 8:09-cv-00202-AG-MLG<br><br>~~[PROPOSED]~~ **JUDGMENT GRANTING DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

Defendant International Business Machines Corporation ("IBM") moved for summary judgment as to all of Plaintiff James Valles' claims for relief. The

NYI-4261658v2

Case No. 8:09-cv-00202-AG-MLG
Proposed Judgment Granting Defendant's
Motion for Summary Judgment

1  Honorable Andrew J. Guilford issued a tentative decision on April 30, 2010
2  granting IBM's motion as to all of Valles' claims. On May 3, 2010, the Court
3  entertained oral argument from the parties. After considering all the papers filed by
4  the parties and extensive oral argument, the Honorable Andrew J. Guilford issued
5  his final decision and Order dated May 6, 2010 granting IBM's Motion for
6  Summary Judgment in its entirety as to all of Valles' claims for relief. It is hereby
7  ORDERED, ADJUDGED, and DECREED that:
8  JUDGMENT IS ENTERED AGAINST PLAINTIFF VALLES ON ~~The Complaint and~~ all of Plaintiff Valles' claims, ~~set forth therein,~~ including
9  Counts 1-3. ~~are dismissed with prejudice.~~ Costs are awarded to Defendant.

12 Dated: MAY 12, 2010

~~Clerk of Court~~
DISTRICT JUDGE